FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**January 3, 2023**

Christopher M. Wolpert  
Clerk of Court

---

RALPH LEROY MENZIES,

    Petitioner - Appellant,

v.

ROBERT POWELL, Warden of the Utah State Penitentiary,

    Respondent - Appellee.

No. 19-4042  
(D.C. No. 2:03-CV-00902-CVE-FHM)  
(D. Utah)

---

**ORDER**

---

Before **HARTZ**, **BACHARACH**, and **EID**, Circuit Judges.

---

This matter is before the court on Appellant's *Petition For Panel Rehearing and/or Rehearing En Banc* and *Appellee's Response to Appellant's Petition for Panel Rehearing and/or Rehearing En Banc*. The petition for rehearing is denied.

The petition for rehearing *en banc* was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk